# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131968

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                            SC: 131968
COA: 267630
Calhoun CC: 02-004122-FH

WILLIAM DENNIS NOBLE,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the July 27, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

                                Clerk

d1120